# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Ronald Adams Constractor, Inc.

03-2771C

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Phil B. Abernethy

Firm Name: Butler, Snow, O'Mara Stevens & Cannada, PLLC

Post Office Box: P. O. Box 22567

Street Address: 17th Floor, AmSouth Plaza
210 East Capitol Street

City-State-Zip: Jackson, Mississippi 39225-2567

Telephone & Facsimile Numbers: (601) 948-5711 (601) 985-4500

E-mail address: phil.abernethy@butlersnow.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ 2,404,685.53

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003