IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD ADAMS CONTRACTOR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-2771C |
| | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 21 days, to and including February 25, 2004, within which to file a response to plaintiff's complaint. Our response is currently due on February 4, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has discussed this motion with plaintiff's counsel and was advised that plaintiff does not object.

Counsel for the undersigned has not received a litigation report from the agency in this matter but has been advised that one will be received by February 20, 2004. In addition, counsel is preparing for a trial in RCS Enterprises v. United States, 01-156c, in Denver, Colorado, scheduled for the week of February 10, 2004. Upon his return, the undersigned anticipates filing a dispositive motion in Cygnus v. United States, 01-699C, by February 20, 2004.

For these reasons, a brief enlargement of 21 days, to and including February 25, 2004,is needed so that the United States can meaningfully respond to the complaint.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s
HAROLD D. LESTER, JR.
Assistant Director

/s
MATTHEW P. REED
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Telephone: (202) 307-6289

February 2, 2004

Attorneys for Defendant