# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**RONALD ADAMS CONTRACTOR, INC.** *

**Plaintiff,** *

**v.** *

**UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * *

**No. 03-2771**
**Filed: February 20, 2004**

## O R D E R

The court is in receipt of defendant's unopposed motion for an enlargement of time of twenty-one days, to and including February 25, 2004, within which to file defendant's responsive pleading to the plaintiff's complaint. Defendant's motion for an enlargement of time is **GRANTED**, and defendant shall file its responsive pleading, as requested, on or before **Wednesday, February 5, 2004**.

If the defendant intends to file a motion to dismiss instead of an answer, the defendant shall so notify the court well in advance of filing such a motion. Prior to either party filing a motion for summary judgment, a status conference will be scheduled to determine whether summary judgment is appropriate and to set a schedule for filing joint stipulations of fact to be used in the summary judgment proceedings.

The parties are advised that, in order to comply with the rules regarding signatures on electronic filings, the parties shall designate their signatures with "s/" followed by the respective party's name on a single line. A "s/" followed by a blank line and the party's name on the subsequent line does not comply with the rules.

**IT IS SO ORDERED.**

**s/ MARIAN BLANK HORN**
**MARIAN BLANK HORN**
**Judge**