# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RONALD ADAMS CONTRACTOR, INC.,** | * | |
| **Plaintiff,** | * | **No. 03-2771** |
| | * | **Filed: February 23, 2004** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Defendant shall file its responsive pleading, as requested, on or before **Wednesday, February 25, 2004**.

**IT IS SO ORDERED.**

**<u>s/ MARIAN BLANK HORN</u>**
**MARIAN BLANK HORN**
**Judge**