# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RONALD ADAMS CONTRACTOR, INC.** | * | |
| **Plaintiff,** | * | **No. 03-2771C** |
| | * | **Filed: April 23, 2004** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the parties' joint preliminary status report. The court believes a status conference is necessary to establish a schedule for the above-captioned case and to discuss the reasons underlying the parties' proposal for a protracted discovery period. The court **ORDERS** the parties to appear at a status conference on **Friday, May 7, 2004, at 10:30 a.m.**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Defendant's counsel shall appear in person. The courtroom number will be posted on the day of the hearing. Plaintiff's counsel may appear by telephone. Unless otherwise notified, plaintiff's counsel will be contacted at (601) 985-4536. The parties should be prepared to propose a schedule for the efficient resolution of this case.

Finally, the court's electronic case filing system indicates that plaintiff's attorney has not complied with General Order No. 42 in that he is not registered in the system, and therefore, he will not be able to receive the filings in this case, including this order, electronically. This case was filed on December 3, 2003; plaintiff's attorney has had sufficient time to register in the court's electronic filing system and his failure to do so is in violation of court rules. Therefore, the court **ORDERS** plaintiff's attorney to register in the court's electronic case filing system on or before **Friday, May 30, 2004** and, immediately upon registering, to file a short statement with the court indicating his compliance with the court's order. Since plaintiff's attorney is unable to receive this order electronically, the court **DIRECTS** the clerk of the court to mail this order to plaintiff. Future orders will be sent electronically only.

**IT IS SO ORDERED.**

s/ MARIAN BLANK HORN
**MARIAN BLANK HORN**
**Judge**