IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RONALD ADAMS CONTRACTOR, INC.

v.

NO. 03-2771-C
Judge Marian Blank Horn

UNITED STATES OF AMERICA

**NOTICE OF COMPLIANCE WITH CM/ECF SYSTEMS**

I hereby certify, as counsel of record for Plaintiff in the above-referenced litigation, that I have complied with the Court's Order by registering with CM/ECF System.

This the 10th day of May, 2004.

Respectfully submitted,

PHIL B. ABERNETHY (MSB #1023)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 985-4536
Facsimile: (601) 985-4500

ATTORNEY FOR PLAINTIFF