# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RONALD ADAMS CONTRACTOR, INC.** | * | |
| **Plaintiff,** | * | **No. 03-2771C** |
| | * | **Filed: May 21, 2004** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court held a status conference in the above captioned case on May 7, 2004. After discussion with the parties, the court determined that the case will not be bifurcated at this time, but that the discovery regarding the experts on damages will be deferred until liability issues are resolved. The court establishes the following **SCHEDULE**:

The parties will depose key witnesses, engage in settlement discussions and determine if liability issues can be resolved. On or before **Friday, July 30, 2004**, the parties shall file a joint status report on their progress in the case.

Discovery will close on or before **Friday, January 14, 2005**.

Any amendments to the pleadings already submitted or any motions related to this court's third-party practice rules, RCFC 14, are to be filed with the court on or before **Friday, January 21, 2005**.

The parties shall file a joint status report on or before **Friday, January 28, 2005**, to notify the court of the progress of discovery proceedings, and, if appropriate, the possibility of settlement in whole or in part. In addition, the status report shall indicate whether either or both of the parties intend to file a motion for summary judgment. If either or both parties intend(s) to file a motion for summary judgment, the joint status report shall be accompanied by joint stipulations of fact with a supporting appendix, setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix to identify whether there are disputed material facts in the case. The parties also shall submit a joint statement of issues of law. For both submissions, the parties are to separately identify, if necessary, any statement of fact or issue of law which is not agreed upon by both parties, but which one party believes to be at issue in the case, in order to assist the parties and the court to determine whether the case is ripe for summary judgment or whether there are material facts in dispute

which would preclude summary judgment. The joint stipulations of fact are to be filed instead of the moving party's proposed findings of uncontroverted fact and the opposing party's response to the proposed findings of uncontroverted fact. If neither party intends to file a dispositive motion in this case, in the joint status report, the parties shall propose dates for future pretrial filings and trial proceedings.

Following receipt of the parties' joint status report, and prior to filing any motions, the court will schedule a status conference to discuss a schedule for future proceedings.

**IT IS SO ORDERED.**

s/ MARIAN BLANK HORN
**MARIAN BLANK HORN**
**Judge**