IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD ADAMS CONTRACTOR, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2771C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JOINT STATUS REPORT</u>

Pursuant to the Court's May 24, 2004 order, the parties file this joint status report to inform the Court of the progress of discovery in this case and whether alternative dispute resolution would likely prove profitable.

The parties have exchanged significant written discovery and are satisfied that it is progressing appropriately. Although counsel for the Government is in trial in the latter half of the month of August, the parties expect to take their first depositions in September and October.

The parties have discussed whether settlement is appropriate and believe that further development of the case is necessary before any settlement negotiations could be fruitful. Likewise, at this stage, the Government makes no concession upon the issue of liability.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Phil B. Abernethy
PHIL B. ABERNETHY
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
Post Office Box 22567
Jackson, MS 39225-2567
(901) 949-4536

Attorney for Plaintiff

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586

Attorneys for Defendant

July 30, 2004