# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RONALD ADAMS CONTRACTOR, INC.** | * | |
| **Plaintiff,** | * | **No. 03-2771C** |
| | * | **Filed: August 20, 2004** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the parties' joint status report, filed on July 30, 2004. As indicated in the court's May 21, 2004 order, the parties shall depose key witnesses, engage in settlement discussions, and determine if liability issues can be resolved. On or before **Thursday, September 30, 2004**, the parties shall file a joint status report on their progress in the case. Thereafter, the parties shall file a joint status report at the end of each month until discovery closes. Discovery will close on or before **Friday, January 14, 2005**. As previously indicated in the court's May 21, 2004 order, the parties shall comply with the following schedule.

Any amendments to the pleadings already submitted or any motions related to this court's third-party practice rules, RCFC 14, are to be filed with the court on or before **Friday, January 21, 2005**.

The parties shall file a joint status report on or before **Friday, January 28, 2005**, to notify the court of the progress of discovery proceedings, and, if appropriate, the possibility of settlement in whole or in part. In addition, the parties shall also indicate how this case should proceed and shall propose a schedule for the timely resolution of this case. Following receipt of the parties' joint status report, the court will schedule a status conference to discuss a schedule for future proceedings. No motions shall be filed pending discussions at the status conference as to the appropriate course this case should take.

**IT IS SO ORDERED.**

s/ MARIAN BLANK HORN
**MARIAN BLANK HORN**
**Judge**