IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD ADAMS CONTRACTOR, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 03-2771C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

**AGREED MOTION TO STAY AND EXTEND DISCOVERY**

Ronald Adams Contractor, Inc. ("Adams"), Plaintiff in the above styled and numbered cause, moves this Court for a ninety (90) day stay and extension of discovery, and in support of the Motion, Adams would show unto the Court the following:

1.

This action was filed in December, 2003 by Adams seeking additional compensation on a United States Army Corps of Engineers' Project near New Orleans, Louisiana.

2.

This Court previously entered a Scheduling Order which set a discovery deadline of January 14, 2005.

3.

Counsel for Adams and the Government had been coordinating the depositions of both parties to be taken during January, 2005.

4.

The President of Adams, and the primary decision maker within Adams, is Mr. Ronald Adams. During December and January, Mr. Ronald Adams has developed health problems which preclude his active participation in discovery and preparation for discovery.

5.

Without the participation of Mr. Ronald Adams, counsel for Adams cannot adequately prepare for depositions of witnesses designated by the Corps of Engineers, nor can counsel for Adams prepare and present Mr. Ronald Adams for deposition by counsel for the Government.

6.

Counsel for the Government has been advised of these developments, and counsel for the Government has no objection to the granting of this Motion.

WHEREFORE, Ronald Adams Contractor, Inc., Plaintiff, moves this Court for a ninety (90) day stay and extension of discovery, with Adams to report within said ninety (90) days concerning the ability of Mr. Ronald Adams to engage and participate in discovery.

Respectfully submitted,

RONALD ADAMS CONTRACTOR, INC.

PHIL B. ABERNETHY
Post Office Box 22567
Jackson, Mississippi 39225-2567
(601) 985-4536

ITS ATTORNEY

OF COUNSEL:

Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
AmSouth Plaza, 17th Floor
210 East Capitol Street
Jackson, MS 39201
(601) 948-5711

**CERTIFICATE OF SERVICE**

I certify that I have this day served a true and correct copy of the above and foregoing Agreed Motion to Stay Discovery upon J. Reid Prouty, Attorney for Defendant, by having same mailed via U. S. mail to his usual address at Commercial Litigation Branch, Civil Division, Department of Justice, Attn: Classification Unit, 8th Floor, 1100 L. Street, N.W., Washington, D. C. 20530.

THIS, the 14th day of January, 2005.

PHIL B. ABERNETHY

JACKSON 1002833v1