# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RONALD ADAMS CONTRACTOR, INC.** | * | |
| | * | |
| **Plaintiff,** | * | **No. 03-2771C** |
| | * | **Filed: January 19, 2005** |
| **v.** | * | |
| | * | |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the plaintiff's January 14, 2005, unopposed motion to stay and for an extension of discovery, based on the health problems of its principal. Plaintiff's attorney used an actual signature on the motion, rather than the standard electronic case signature, as seen below. The parties shall employ the standard electronic case signature on future filings. As requested by the plaintiff, the case is **STAYED** until on or before **Tuesday, April 19, 2005**. The requirement to file a joint status report on or before Friday, January 28, 2005 is **RESCINDED**.

On or before **Tuesday, April 19, 2005**, the parties shall file a joint status report, indicating the ability of the plaintiff's principal to participate in discovery. The joint status report shall notify the court of the parties' continuing discovery needs, and, if appropriate, the possibility of settlement, in whole or in part. In addition, the parties shall propose how this case should proceed, with an accompanying proposed schedule. Following the closure of discovery, the court will schedule a status conference for discussion of a schedule for future proceedings. No dispositive motions shall be filed pending discussions at the status conference as to the appropriate course this case should take.

**IT IS SO ORDERED.**

s/ MARIAN BLANK HORN
**MARIAN BLANK HORN**
**Judge**