IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD ADAMS CONTRACTOR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2771C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's January 19, 2005 order, the parties file this joint status report to inform the Court of the status of plaintiff's principal and to propose a schedule for conclusion of discovery.

Mr. Adams's health has recently improved sufficiently to allow him to participate in discovery. The parties expect that the remaining discovery in this case can be completed by Friday, August 19, 2005. At this point, however, the parties believe it would be premature to conduct settlement discussions. Accordingly, we respectfully request that the Court lift the present stay in this case, set a discovery deadline of August 19, 2005, and direct that the parties file a Joint Status Report on or before August 26, 2005 proposing further proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Phil B. Abernethy
PHIL B. ABERNETHY
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
Post Office Box 22567
Jackson, MS 39225-2567
(901) 949-4536

Attorney for Plaintiff

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586

Attorneys for Defendant

April 15, 2005