# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**RONALD ADAMS CONTRACTOR, INC.**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

**No. 03-2771C**
**Filed: April 18, 2005**

## O R D E R

The court is in receipt of the parties' April 15, 2005 joint status report. On January 19, 2005, this court stayed the proceedings in this case because the plaintiff's principle, Mr. Ronald Adams, developed health problems that precluded his participation in the discovery proceedings of this case. In the parties' April 15, 2005 joint status report, the parties state that Mr. Adams's health has recently improved sufficiently to permit him to participate in discovery. The parties, therefore, state that they expect that the remaining discovery in this case can be completed by Friday, August 19, 2005.

For the reasons discussed above, this court **LIFTS** the stay in this case and reopens discovery. The court **ORDERS** discovery to be completed by **Friday, August 19, 2005**. The court further **ORDERS** the parties to a file a joint status report on or before **Friday, August 26, 2005**. The joint status report shall confirm the completion of discovery and propose a schedule for future proceedings in this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**