IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD ADAMS CONTRACTOR, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 03-2771C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's previous order, the parties file this Joint Status Report to inform the Court of the status of plaintiff's principal and to propose a schedule for conclusion of discovery.

The health of Mr. Ronald Adams, Manager of Ronald Adams Contractor, Inc., LLC, has recently deteriorated and has prevented plaintiff's counsel from adequately preparing to depose the appropriate representatives of defendant, or to prepare plaintiff's representatives for deposition discovery. Mr. Adams is suffering from hypertension and high blood pressure, and he has been directed by his physician to refrain from an active role in business and/or litigation. It is expected that this medical issue is temporary, and that Mr. Adams will be able to meet and prepare with counsel within thirty (30) days. In light of this, the parties request that the discovery deadline in this case be extended through December 31, 2005. The parties respectfully request this Court to require the filing of a Joint Status Report on or before January 10, 2006, proposing further proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s/ Phil B. Abernethy
PHIL B. ABERNETHY
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
AmSouth Plaza, 17th Floor
210 East Capitol Street
Jackson, MS 39201
Telephone: (601) 985-4536

Attorney for Plaintiff

/s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 305-7586

Attorneys for Defendant

August 25, 2005

JACKSON 1072270v1