# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RONALD ADAMS CONTRACTOR, INC.** | * | |
| | * | |
| **Plaintiff,** | * | **No. 03-2771C** |
| | * | **Filed: August 31, 2005** |
| **v.** | * | |
| | * | |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the parties' August 25, 2005 joint status report. The joint status report indicates that the health of Ronald Adams, manager of Ronald Adams Contractor, Inc. recently has deteriorated, and requests an extension of discovery through December 31, 2005. As requested, discovery will close on or before **Friday, December 30, 2005**. The parties shall file a joint status report on or before **Tuesday, January 10, 2006**, confirming the completion of discovery and proposing a schedule for future proceedings in this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**