IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RONALD ADAMS CONTRACTOR, INC. PLAINTIFF

v. NO. 03-2771-C
Judge Marian Blank Horn

UNITED STATES OF AMERICA DEFENDANT

**NOTICE OF SERVICE OF DISCOVERY**

NOTICE IS HEREBY GIVEN, that Plaintiff, Ronald Adams Contractor, Inc., by and through counsel of record, has served upon J. Reid Prouty, Attorney for Defendant, the following discovery:

**"Plaintiff's Second Request for Production of Documents to Defendant."**

The undersigned retains the original of the above documents as custodian thereof.

DATED this the 15th day of September, 2005.

Respectfully submitted,

s/Phil B. Abernethy
PHIL B. ABERNETHY (MS Bar #1023)
Post Office Box 22567
Jackson, Mississippi 39225-2567
(601) 985-4536

ITS ATTORNEY

OF COUNSEL:
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
AmSouth Plaza, 17th Floor
210 East Capitol Street
Jackson, MS 39201
(T)(601) 948-5711
(F)(601) 985-4500
(E) phil.abernethy@butlersnow.com

JACKSON 1077744v1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF/CM, which should have sent notification of such filing to the following Counsel of Record: J. Reid Prouty, Attorney for Defendant.

THIS, the 15th day of September, 2005.

s/Phil B. Abernethy______________
PHIL B. ABERNETHY