# In The United States Court of Federal Claims

| | | |
|---|---|---|
| **RONALD ADAMS CONTRACTOR, INC.** | * | |
| **Plaintiff,** | * | **No. 03-2771C** |
| | * | **Filed: January 4, 2006** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

## O R D E R

The court is in receipt of the defendant's December 29, 2005, unopposed motion for enlargement of discovery. The court **GRANTS** the defendant's motion and **ORDERS** that discovery will close on **Friday, March 31, 2006**. The parties shall file a joint status report on or before **Monday, April 10, 2006**, confirming the completion of discovery and proposing a schedule for future proceedings in this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**