IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD ADAMS CONTRACTOR, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2771C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF DISCOVERY

As a result of the continued effects of Hurricane Katrina, the parties respectfully request that the Court enlarge the discovery deadline in this case by an additional six months, to September 31, 2006. The discovery deadline for this case is currently March 31, 2006.

Because of the effects of Hurricane Katrina upon both plaintiff and defendant, both parties have been unable to proceed with discovery as scheduled. Specifically, plaintiff has been inundated with levy rebuilding work necessary to return the levees in the New Orleans area to their pre-Katrina condition prior to the upcoming hurricane season. Defendant's operations have been equally stressed by the rebuilding efforts from Hurricane Katrina.

While counsel for both parties have attempted to schedule deposition dates, these dates have been consistently "trumped" by the press of this hurricane repair effort. While counsel for both parties continue their efforts to schedule depositions without causing disruption to the hurricane repair efforts, more time is needed to allow for this discovery.

For these reasons, we respectfully request that the Court grant this joint motion and enlarge the discovery period of this case until September 30, 2006, with the parties to file the Joint Status Report, currently due on April 19, 2006, on October 10, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s/ Phil B. Abernethy
PHIL B. ABERNETHY
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
AmSouth Plaza, 17th Floor
210 East Capitol Street
Jackson, MS 39201
Telephone: (601) 985-4536

Attorney for Plaintiff

/s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn.: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 305-7586

Attorneys for Defendant

March 30, 2006