IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD ADAMS CONTRACTOR, INC. Plaintiff | ) | |
| v. | ) | No. 03-2771C (Judge Horn) |
| THE UNITED STATES, Defendant | ) | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE**

As a result of the continued effects of Hurricane Katrina on both parties to this litigation, the parties respectfully request that the Court enlarge the discovery deadline in this case by an additional three (3) months, to December 29, 2006. The discovery deadline for this case is currently September 30, 2006.

Because of the effects of Hurricane Katrina upon both plaintiff and defendant, both parties have been unable to proceed with discovery as scheduled. Specifically, Plaintiff has been inundated with levee rebuilding work necessary to return the levees in the New Orleans area to their pre-Katrina condition prior to the current hurricane season. All of Plaintiff's employees who are fact witnesses in this case have been consumed with this levee rebuilding work. Defendant's operations and personnel have been equally stressed by the rebuilding effects from Hurricane Katrina.

While counsel for both parties have attempted to schedule deposition dates, these dates have been consistently "trumped" by the press of this hurricane repair effort. While depositions are currently scheduled for the weeks of September 18 and September 25, more time will be needed to allow for additional days of depositions after these initial depositions are taken.

For these reasons, both Plaintiff and Defendant respectfully request that the Court grant this joint motion and enlarge the discovery period of this case until December 29, 2005, with the parties to file the Joint Status Report, currently due on October 10, 2006, on January 10, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Phil B. Abernethy
PHIL B. ABERNETHY
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
AmSouth Plaza, 17th Floor
210 East Capitol Street
Jackson, MS 39201
Telephone: (601) 985-4536

Attorney for Plaintiff

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn.: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 305-7586

Attorneys for Defendant

September 8, 2006

Jackson 1601534v.1