# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RONALD ADAMS CONTRACTOR, INC.,** | * | |
| **Plaintiff,** | * | **No. 03-2771C** |
| | * | **Filed: September 13, 2006** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the parties' September 8, 2006, joint motion for an enlargement of time of three months within which to complete discovery. The court **GRANTS** the parties' motion and **ORDERS** that discovery will close on **Friday, December 29, 2006**. The parties shall file a joint status report on or before **Wednesday, January 10, 2007**, confirming the completion of discovery and proposing a schedule for future proceedings in this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**