**RONALD ADAMS CONTRACTOR, INC**
**Westwego Phase II**
**INCREASED COST FOR CASTING OPERATION**

**1. DRAGLINE & SUPPORT EQUIPMENT**
ADDITIONAL OPERATING TIME - 381 Hours

| | |
|---|---|
| Total Quantity of Excavation of Cells 1 & 2 | 234,934 yds |
| Casting Production Rate in Cell 3 | 116 yds/hr. |
| Hours of Production Required without poor soil conditions | 2,025 hours |
| Hours of Production actually used | 2,406 hours |
| Excess Hours | 381 hours |
| Extended Duration | 19 Days |

| EQUIP. NO. | DESCRIPTION | Operating Rate $/Hr |
|---|---|---|
| 313-20 | MAN. 4600 DRAGLINE | $181.63 |
| A1177 | 20 KW DIESEL GENERATOR | $4.69 |
| 858-22 | DOG HOUSE | $5.50 |
| M005 | 6-5 X 1 X 40 MATS | $10.63 |
| M014 | 4-8 X 1 X 34 MATS | $10.47 |
| 976-22 | CABLE SKID | $2.78 |
| A4602-D | HENDRIX BUCKET 6 CY | $6.81 |
| | Dozer | $52.64 |
| | Total - Operating Rate $/Hr | $274.55 |
| | | |
| | Hours | 381 |
| | | |
| | INCR. COST FOR DRAGLINE & SUPPORT EQUIP | $104,603.55 |

**2. DRAGLINE LABOR**
ADDITIONAL LABOR TIME - 571 Hours

| DESCRIPTION | Labor Rate $/Hr |
|---|---|
| OILER=base rate x 1.5 for overtime rate | $13.75 |
| OPERATOR = | $24.05 |
| | |
| Total - Labor Rate $/Hr | $37.80 |
| | |
| Hours | 571 |
| | |
| INCR. COST FOR DRAGLINE LABOR | $21,586.26 |

(1,646 hrs.) x ($12.50/hr. * 29.74% Burden)

**3. ADDITIONAL MATS**

| EQUIP. NO. | DESCRIPTION | Operating Rate $/Hr | Standby Rate $/Hr |
|---|---|---|---|
| M015 | 5-5 X 1 X 40 MATS | $8.86 | $2.85 |
| M004 | 3-5 X 1 X 36 MATS | $5.32 | $1.71 |

| EQUIP. NO. | DESCRIPTION | Total Operating Hours | Total Standby Hours |
|---|---|---|---|
| M015 | 5-5 X 1 X 40 MATS | 2,546 | 1,600 |
| M004 | 3-5 X 1 X 36 MATS | 2,033 | 2,664 |

| EQUIP. NO. | DESCRIPTION | Total Operating Cost | Total Standby Cost |
|---|---|---|---|
| M015 | 5-5 X 1 X 40 MATS | $22,557.56 | $4,560.00 |
| M004 | 3-5 X 1 X 36 MATS | $10,815.56 | $4,555.44 |
| | | | |
| | Subtotal | $33,373.12 | $9,115.44 |
| | | | |
| | INCREASED COST FOR ADDITIONAL MATS | | $42,488.56 |

**4. DOZER LABOR**
ADDITIONAL LABOR TIME - 381 Hours

| DESCRIPTION | Labor Rate $/Hr |
|---|---|
| | |
| OPERATOR = | $16.22 |
| | |
| Total - Labor Rate $/Hr | $16.22 |
| | |
| Hours | 381 |
| | |
| INCR. COST FOR DRAGLINE LABOR | $6,179.82 |

**TOTAL INCREASED COST FOR CASTING OPERATION** **$174,858.19**

**Exhibt 1**