**RONALD ADAMS CONTRACTOR, INC**
**Westwego Phase II**
**Pumping Costs**

| | |
|---|---|
| Period of 4/13/98 through 5/25/98 | $9,957.00 |
| Period of 6/18/98 through 5/7/99 | $63,999.00 |
| Duration | 323 |
| Cost | $63,999.00 |
| Equipment Cost per Day | $198.14 |
| Labor @ 2hr per day $12.50 + 29.74% | $32.44 |
| Total Cost per Day | $230.57 |
| Increased Time Caused by Humus | 249 |
| Increased Cost of Pumping | $57,412.00 |

**Exhibit 2**