**RONALD ADAMS CONTRACTOR, INC**
**Westwego Phase II**

**COST PER CELL EXCLUDING DRAGLINE WORK, DEGRADING, AND CORRECTIONS**

| | | | |
|---|---|---|---|
| **Cell #3** | Equipment | $215,389.17 | *$12.50/hr. = Average Labor Rate |
| | Labor | $39,546.37 | (2,439 hrs.) x ($12.50/hr. * 29.74% Burden) |
| | | **$254,935.54** | |
| | CY | 60,816 | |
| | Cost per CY | **$4.19** | ($254,935.54) / (60,816 CY) |
| **Cell #4** | Equipment | $623,709.78 | |
| | Labor | $137,383.31 | (8,471.3 hrs.) x ($12.50/hr. * .29.74% Burden) |
| | | **$761,093.09** | |
| | CY | 109,451 | |
| | Cost per CY | **$6.95** | ($761,093.09) / (109,451 CY) |
| Increased Cost per Yard | | $2.76 | |
| | | **$302,084.76** | |
| **Cell #5** | Equipment | $131,984.36 | |
| | Labor | $26,694.01 | (1,646 hrs.) x ($12.50/hr. * 29.74% Burden) |
| | | **$158,678.37** | |
| **Cell #6** | Equipment | $519,423.03 | |
| | Labor | $125,904.56 | (7,763.5 hrs.) x (*$12.50/hr. * 29.74% Burden) |
| | | **$645,327.59** | |
| | CY | 75,204 | |
| | Cost per CY | **$8.58** | ($645,327.59) / (75,204 CY) |
| Increased Cost per Yard | | $4.39 | Increased Cost per Yard |
| | | **$330,145.56** | |

**ADDED COST**

| | |
|---|---|
| **Cell #4** | $302,084.76 |
| **Cell #5** | $158,678.37 |
| **Cell #6** | $330,145.56 |
| | **$790,908.69** |

**Exhibit 3**

*