**RONALD ADAMS CONTRACTOR, INC**
**Westwego Phase II**
**Extended Field Cost**

| | |
|---|---|
| Overhead Labor | $294,228.09 |
| Overhead Equip | $270,472.76 |
| Support Equip | $304,598.42 |
| Total Labor & Equip | $869,299.27 |
| | |
| Cost per Day Support | $1,388.66 |
| Operating Equipment Standby | $1,003.00 |
| | $2,391.66 |
| Project Start Date | 11/7/97 |
| Project End Date | 7/26/99 |
| Project Duration | 626.00 |
| | |
| Period of Delay | 249.00 |
| Delay of Dragline | $20,549.26 |
| Cost of Delay | $616,072.35 |
| | |
| Operating Equipment | |
| Average Standby Cost per Hour | $128.59 |
| Average Standby Hour | 7.8 |
| Cost per day | $1,003.00 |

**Overhead Costs**

| Cost Code | Description | Labor Hrs | Labor Cost |
|---|---|---|---|
| 099-10103 | Field Superintendent | 7056.00 | 130,454.65 |
| 099-10106 | Guard Service | 354.50 | 40,115.95 |
| 099-10108 | Mechanic | | 9,484.13 |
| 099-10109 | Quality Control | 1899.50 | 34,738.71 |
| 099-10519 | Construction Layout | 6777.50 | 79,434.65 |
| | | | 294,228.09 |

**Exhibit 4**