


RONALD ADAMS CONTRACTOR, INC.
Westwego HPL, Phase II
Cells 1 & 2 Production

**Exhibit 5**