


Ronald Adams Contractor, Inc.
Levee Fill: Cells 3 - 6
Adjusted for Humus Removal
Westwego Ph 2

**Exhibit 6**