IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD ADAMS CONTRACTOR, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 03-2771C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

**EXPERT REPORT OF DR. EMIR JOSE MACARI, Ph.D.**

I. QUALIFICATIONS:

I am the Dean of the College of Engineering and Computer Science at California State University at Sacramento. Formerly, I was the Dean of the College of Science and Technology at the University of Texas at Brownsville and before that I was the Chairman and Bingham Stewart Distinguished Professor of Civil and Environmental Engineering at Louisiana State University at Baton Rouge. I have had over 25 years experience in the engineering industry. I have administered and taught courses in Geotechnical Engineering and courses to prepare engineers for the Fundamentals Exam and the Professional Engineering Exam in Louisiana and Georgia. My experience has primarily involved Geotechnical and Soils Engineering, and I have been involved in analyzing geotechnical and soils conditions in the State of Louisiana. I have also studied and analyzed the impact on construction activities caused by various soils conditions in the Louisiana and other parts of the United States and the world. I have been retained by both owners and contractors to evaluate soil conditions, to design construction improvements based upon various soil conditions, and to determine the effect of various soil conditions on construction work.

The following is a list of selected publications authored by me in the preceding ten years:

1. Shao, Y. and Macari, E.J., "Information Feedback Analysis in Deep Excavations", ASCE ***International Journal of Geomechanic,*** in print.
2. Shao, Y., Macari, E.J., and Cai, W., "Compound Deep Soil Mix Pile for Retaining Structure for Excavations", ***ASCE Journal of the Geotechnical Engineering***, Vol 131, Issue 11, November 2005, pp. 1370-1377.
3. Samajariva, P., Wathugula, W. and Macari, E.J., "Genetic Algorithm for the Calibration of an Elasto-plastic Constitutive Models", ASCE ***International Journal of Geomechanics***, Vol 5, Issue 3, Sept. 2005, pp 206-217.
4. Macari, E.J., and Hoyos, L.R., "A Study of Earthquake Induced Liquefaction in Western Puerto Rico using GIS Technology", ***Geological Society of America Special Book,*** "Active tectonics and seismic hazards of Puerto Rico, the Virgin Islands, and offshore areas", eds. P. Mann and C. Prentice, 2005.
5. Shao, Y., Macari, E.J., and Cai, W., "Compound Deep Soil Mix Pile for Retaining Structure for Excavations", under review ***ASCE Journal of the Geotechnical Engineering***, 2/03.
6. Samajariva, P., Wathugula, W. and Macari, E.J., "Genetic Algorithm for the Calibration of a Elasto-plastic Constitutive Models", under review ***International Journal of Geomechanics***, 3/03.
7. Macari, E.J., Hoyos, L.R. and Arduino, P., "Computational Modeling of Unsaturated Soils under Multiaxial Stress States", ***International Journal of Plasticity,*** Volume 19, Issue 10, October 2003, Pages 1481-1515.
8. Hoyos, L.R.; Arduino, P.; and Macari, E.J. (2003). "Modeling elasto-plastic behavior of unsaturated soil using a controlled suction cubical test cell". Constitutive Modeling of Geomaterials, CRC Press, Selected Contributions, Ed: Hoe I. Ling, 165-172.
9. Macari, E.J., "A GIS-Based Approach to Rain-Induced Landslide Hazard Assessment in Western Puerto Rico", ***International Journal of Natural Hazards and Civil Infrastructure***, Span. Vol 1, No. 2, December 2001, pp. 117-126.
10. Hoyos, L.R. and Macari, E.J., "Development of a Stress/Suction-Controlled True Triaxial Testing Device for Unsaturated Soils," *American Society for Testing and Materials,* ***Geotechnical Testing Journal***, GTJODJ, Vol. 24, March 2001, pp. 5-13.
11. Macari, E.J. and Hoyos, L.R., "Mechanical Behavior of an Unsaturated Soil Under True Triaxial Stress States," *American Society for Testing and Materials,* ***Geotechnical Testing Journal***, GTJODJ, Vol. 24, March 2001, pp. 14-22.
12. Arduino, P. and Macari, E.J., "Implementation of Porous a Media Formulation for Geomaterials," ***ASCE Journal of Engineering Mechanics***, Vol. 127, No. 2, February 2001, pp. 157-166.
13. Arduino, P. and Macari, E.J., "Numerical Analysis of Geomaterials within the Theory of Porous Media," ***ASCE Journal of Engineering Mechanics***, Vol. 127, No. 2, February 2001, pp. 167-175.
14. Wyatt, T.R. and Macari, E.J., "Effectiveness Analysis of Subsurface Drainage Features based on Design Adequacy", ***Journal of Transportation Research Record***, *Transportation Research Record # 1709, Geotechnical Aspects of Pavements 2000*, Nov. 2000, pp. 69-77.
15. Hoyos, L.R. and Macari, E.J., "Nature of Principal Strain Response of Unsaturated Soils Under Multiaxial Stress States", "Advances in Unsaturated Geotechnics", ASCE/Geo-Institute ***Special Technical Publication #99***, C.D. Shackelford, S.L. Houston, and N-Y Chang, Eds. pp. 333-343, Geo-Denver 2000.
16. Wyatt, T.R., Arduino, P. and Macari, E.J., "Assessment of a Virtual Laboratory for Geotechnical Engineering," ***Computing in Education Journal***, *American Society of Engineering Education*, Vol. X, No. 2, April-June 2000, pp. 27-35.
17. Wyatt, T.R. and Macari, E.J., "Learner-Centered Educational Software for Constitutive Modeling of Soils", ***Multimedia and Computers in Mechanics***, *American Society of Engineering Education*, Charlotte, N.C., June 1999.
18. Divakarla, P. Hoyos, L., and Macari, E.J., "Stability analysis of slopes in western Puerto Rico – A GIS Approach," *Stability of Natural Slopes in the Coastal Plain*, ***Geotechnical Special Publication # 77***, ASCE/Geo-Institute, Martin, Ed., pp. 59-68.

19. Shao, Y., Zhang, C. and Macari, E.J., "The application of deep soil mixing piles in deep excavations," *Soil Improvement for Big Digs*, ***ASCE Special Technical Publication # 81***, ASCE/Geo-Institute, Maher & Yang, Eds., pp. 84-95.

20. Shao, Y. and Macari, E. J., "The Study of Ground Water Control Associated with Deep Excavations," *Geotechnics of High Water Content Materials*, ***ASTM STP 1374***, T. B. Edil and P. J. Fox, Eds., American Society for Testing and Materials, 1999.

21. Hoyos, L.R., Jr. and Macari, E.J., "Influence of In-Situ Factors on the Dynamic Response of Piedmont Residual Soils," ***ASCE Journal of Geotechnical and Geoenvironmental Engineering Division***, Vol. 125, No. 4, April, 1999, pp. 271-279.

22. Arduino, P. and Macari, E.J., "Numerical Modeling of Spread Footings at Bridge-Embankment Interfaces," ***Transportation Research Record*** 1633, *Liquefaction, Differential Settlement, and Foundation Engineering*, NRC, National Academy Press, pp. 61-67, 1998.

23. Divakarla, D., Hoyos, L. and Macari, E.J., "Assessment of Liquefaction Potential in Western Puerto Rico," ***ASCE Special Technical Publication***, *Geotechnical Earthquake Engineering and Soil Dynamics, ASCE, Geo-Institute*, August 1998.

24. Shao, Y. and Macari, E.J., "Finite Element Analysis for Designing Braced Diaphragm Walls," ***Computer Methods and Advances in Geomechanics***, Nov., 1997, A.A. Balkema Publishers.

25. Macari, E.J., Weihe, S., and Arduino, P., "Implicit Integration of Elasto-Plastic Constitutive Models with Highly Nonlinear Hardening Functions," ***International Journal of Mechanics of Cohesive-Frictional Materials***, John Wiley and Sons, Vol. 2, March 1997, pp. 1-29.

26. Arduino, P., Op den Bosch, A. and Macari, E.J., "Geotechnical Triaxial Soil Testing in a Virtual Environment," ***Journal of Computing in Civil Engineering***, *American Society of Civil Engineers*, Vol. 11, No. 1, January 1997, pp. 44-47.

27. Macari, E.J., Parker, J.K., and Costes, N.C., "Measurement of Volume Changes in Triaxial Tests using Digital Imaging Techniques," ***Geotechnical Testing Journal***, American Society for Testing and Materials, Vol. 20, No. 1, March 1997, pp. 103-110.

28. Macari, E.J. and Hoyos, L.R., "Effects of Weathering on the Dynamic Properties of Residual Soils," *American Society of Civil Engineers*, ***Journal of Geotechnical Engineering***, Vol. 122, No.12, pp. 988-997, December 1996.

29. Al-Shibli, K., Macari, E.J., and Sture, S., "Digital Imaging Techniques for the Assessment of Homogeneity and Isotropy in Granular Materials," ***Transportation Research Record* 1526**, *Emerging Technologies in Geotechnical Engineering*, National Research Council, National Academy Press, December 1996, pp. 121-128.

30. Benavides, J.A. and Macari, E.J. (2006). "Risk Assessment and Hazard Mitigation Planning near the Gulf Coast Region of the U.S. / Mexico Border: A Brownsville, Texas Case Study for the 2005 Hurricane Season", International Conference on Challenges in Coastal Hydrology and Water Quality, Baton Rouge, LA.

31. Hoyos, L.R.; Arduino, P.; and Macari, E.J. (2003). "Modeling Unsaturated Soil Response on the Deviatoric π plane", Applications of Computational Mechanics in Geotechnical Engineering", Ouro Preto, Brazil, Eds. Azevedo, Vargas, Sousa and Fernandes, 283-288.

32. Hoyos, L.R.; Arduino, P.; and Macari, E.J. (2003). "Experimental and Computational Modeling of Elasto-Plastic Constitutive Behavior of An Unsaturated Soil Under True Triaxial Stress States", ASCE Engineering Mechanics 2003, Seattle, WA. July 2003.

33. Macari, E.J., Silva, C. and Hoyos, L. (2002). "A Stress/Suction Controlled True Triaxial Testing Device for Unsaturated Soils", Unsaturaded 2002, Vol. 3 Recife, Brazil.

34. Silva, C., Porras, O., Fratta, D. and Macari, E.J., "Mechanical Response of Unsaturated Particulate Materials – A Stiffness Assessment Study under Controlled Matric Suction", Proceedings of 2002 IMECE, ASME Conference, New Orleans, LA, Nov 2002

35. Choi, T. and Macari, E.J., "Dynamic Finite Element Analysis of Pile-Porous Media Interaction", Accepted, Proceedings of EM2002, ASCE Engineering Mechanics Division, New York, N.Y., June 2002.

36. Wang, L.-B., Macari, E.J. and Woldesenbet, E., "New Micromechanics Formulations for the Assessment of Elastic Moduli in Granular Materials", Proceedings of ETCE, American Society of Mechanical Engineers, Houston, TX., February 4-5, 2002.
37. Samarajiva, P.M. and Macari, E.J., "Disturbed State Model for Granular Materials", Sixth U.S. National Congress on Computational Mechanics, Dearborn, MI, August 1-4, 2001.
38. Macari, E.J., Samarajiva, P.M. and Wathugula, G.W., "Constitutive Modeling of Cohesionless Granular Materials Using Disturbed State Concept", ASCE Engineering Mechanics Conference, San Diego, CA, June 26-29, 2001.
39. Queiroz, R. and Macari, E.J., "Full-scale Testing of Railway Infrastructure under Realistic Loading", XX Panamerican Railway Congress, 18/22 September 2000 – Havana, Cuba.
40. Queiroz, R., Macari, E. and Tumay, M., "Use of Cone Penetrometer Technology for the Assessment of Railway Infrastructure", XX Panamerican Railway Congress, 18/22 September 2000 – Havana, Cuba.
41. Hoyos, L. R., Macari, E.J. and Arduino, P., "True triaxial constitutive behavior of unsaturated soils", *13th Engineering Mechanics Conference, ASCE*, Baltimore, MD, June 1999.
42. Krastanov, G., Zettler, A.H., Macari, E.J. and Haj-Ali R., "Constitutive Modeling for Clay Behavior Using Neural Networks," *Engineering Mechanics, ASCE*, Baltimore, MD, June 1999. ***Best Student Paper Award.***
43. Wyatt, T.R., Baker, N., and Macari, E.J. "Knowledge-based failure diagnosis of earth retaining structures," Proceedings of the First International Conference on New Technologies for Decision Making in Civil Engineering, University of Quebec, Montreal, Canada, 10,98
44. Divakarla, P. and Macari, E.J., "GIS-Based Assessment of Rain-Induced Landslides," Proceedings of the First International Conference on New Technologies for Decision Making in Civil Engineering, University of Quebec, Montreal Canada (October 1998).
45. Arduino, P. and Macari, E.J., "Numerical Study of Geomaterials in the Light of Modern Theories of Porous Media", *Proceedings of the International Conference on Poromechanics* celebrating the accomplishments of M. Biot, Belgium, September 1998.
46. Macari, E.J., "Geo-Environmental Concerns in North America", Proceedings of Environmental Quality, Innovative Technologies, and Sustainable Economic Development - A NAFTA Perspective, ASCE Special Technical Publication, 1997, pp. 133-140.
47. Arduino, P. and Macari, E.J., "Multiphase Flow in Deforming Porous Media by the Finite Element Method," *Proceedings of the 1996 ASCE 11th Engineering Mechanics Conference*, Fort Lauderdale, Fla., May 19-22, 1996, Vol. 1, pp. 240-245.

I have only testified once as an expert at trial or by deposition in the past four years:

*Ronald Adams Contractor, Inc. v. State of Louisiana*

My compensation for serving as an expert witness in this case is $250.00/hour, plus expenses.

II. OPINIONS:

I have analyzed the documents in the files of the Corps of Engineers, New Orleans District ("COE") as they relate to soil conditions at the site of the project performed by Ronald Adams Contractor, Inc. ("RACI") known as the Westwego II Project ("the Project"). Specifically, I have analyzed the soil borings contained in the COE files, as well as the soil borings shown which the COE included in the bid documents for the Project. Also, I have

analyzed photographs of the soil conditions actually encountered by RACI on the Project, and I have analyzed soil borings taken during the course of RACI's construction of the Project. I have visited the site of the Project to personally examine the site conditions.

It is my opinion that the soil borings contained in the files of the COE at the time the bid documents were prepared for this Project indicated a presence of organic and humus material at depths which could be expected to have a significant impact on the construction contractor, but the bid documents issued by the COE for the Project did not accurately depict the presence of the organic and humus material. There is nothing contained in the COE bid documents which would have alerted a reasonable contractor to the presence of organic and humus material to a depth up to or exceeding six feet below the surface elevation. Yet the photographs made during construction of the Project, as well as interviews with RACI personnel, show that the borrow pits on the site contained organic and humus material up to or exceeding a depth of six feet below the surface elevation. In my experience in this area of Louisiana, organic and humus material up to six feet below the surface elevation is an unusual soil characteristic. This characteristic differs materially from what one would expect to find in a borrow pit in this area of Louisiana.

The presence of this organic and humus material to a depth equal to or exceeding six below the surface elevation would be expected to have a significant impact on the manner in which construction activities could be accomplished. The physical characteristics of this soil are such that it will not support conventional excavation and hauling equipment, and any contractor's productivity for excavation and hauling in soils with this physical characteristic will be substantially and significantly reduced. This material is substantially more difficult to dewater than soils in this area without the presence of organic and humus material. In addition, this soil is not adequate for use for water retention embankments or levees due to the presence of high

amounts of organic material. As per COE levee construction specifications, organic soils must be removed and/or disposed of and certainly not used, at all, for the construction of levees as they would pose a significant risk of failure during a large rain event, as stated in: Corps of Engineers Manual # 1110-21913 titled: ***Design and Construction of Levees***, page 4-1, section 4-2 (Available Borrow Material) "*Material Type*. Almost any soil is suitable for constructing levees, except very wet, fine-grained soils or **highly organic soils**". Hence, in my expert opinion, it was ***a good*** thing that the majority of organic soils were removed from the site and not used to construct the levee.

III. BASIS OF OPINIONS:

I base my opinions on the soil data contained in the COE files, the soil data collected during the course of RACI's construction, the photographs taken during RACI's construction, my interviews with RACI personnel, my visit to and inspection of the site, my education, and my experience analyzing soil conditions in the State of Louisiana.

By:____________________________
Dr. Emir Jose Macari, Ph.D.





Oct 06 2006 1:53PM HP LASERJET 3200 p.2