IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD ADAMS CONTRACTOR, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 03-2771C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF SERVICE OF DISCOVERY**

NOTICE IS HEREBY GIVEN, that Plaintiff, Ronald Adams Contractor, Inc., by and through counsel of record, has served upon J. Reid Prouty, Attorney for Defendant, the following discovery:

1. Plaintiff's Second Request for Admission and Interrogatory.

Respectfully submitted,

RONALD ADAMS CONTRACTOR, INC.

s/ Phil B. Abernethy
PHIL B. ABERNETHY
Post Office Box 22567
Jackson, Mississippi 39225-2567
(601) 985-4536

ITS ATTORNEY

OF COUNSEL:

Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
AmSouth Plaza, 17th Floor
210 East Capitol Street
Jackson, MS 39201
(601) 948-5711

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following: J. Reid Prouty, attorney for Defendant.

THIS, the 1st day of November, 2006.

s/ Phil B. Abernethy
PHIL B. ABERNETHY