# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RONALD ADAMS CONTRACTOR, INC.,** | * | |
| **Plaintiff,** | * | **No. 03-2771C** |
| | * | **Filed: November 17, 2006** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the Expert Report of Dr. Emir Jose Macari and the Expert Report of Robert E. Gregory, which are dated October 9, 2006. The documents were not filed because they were not signed by the attorney of record, were filed on a day that the court was closed, and because there are no provisions in the rules for the filing of these items. The above referenced documents shall be **FILED** by the clerk's office by leave of the court.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**