IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD ADAMS CONTRACTOR, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 03-2771C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Ronald Adams Contractor, Inc. ("Adams"), Plaintiff in the above-styled and numbered cause, presents the following Motion for Leave to File Amended Complaint, pursuant to Rule 15(a) of the Rules of the United States Court of Federal Claims, and in support thereof, Adams would show unto the Court the following:

1.

In its original Complaint, Adams alleged that unforeseen subsurface conditions in the Government-furnished borrow pit significantly increased the cost for Adams to excavate material from the borrow pit, transport the material, and construct the hurricane protection levees pursuant to the requirements of the Project. In its original Complaint, Adams alleged that the unforeseen, unsuitable subsurface conditions within the borrow pit were both a Differing Site Condition and a breach of the Government's warranty that the plans and specifications were sufficient to construct the Project.

2.

During the course of discovery, the Government's primary witness, who was the Agency's Administrative Contracting Officer, testified that Adams did, in fact, encounter unsuitable soils in the borrow pit which could not be utilized for levee construction. This

Government witness further testified that Adams was entitled to additional compensation and stated that, in his opinion, Adams should be compensated under the Changes Clause. This witness further stated that, in his opinion, there would be no difference in the additional compensation to which Adams would be entitled under the Changes Clause versus the Differing Site Condition Clause. (See Deposition of Chester Ashley at pp. 36-39 and 49-51, copies of which are attached hereto as Exhibit "A".

3.

As a result of this testimony, Adams wishes to amend its Complaint to add an additional count alleging entitlement based upon the Changes Clause in the contract. A copy of the proposed Amended Complaint is attached hereto as Exhibit "B". (The only changes in the proposed Amended Complaint from the original Complaint are shown in bold print) This proposed amendment does not add any new facts, and no new factual allegations are sought to be pled. No previous amendment has been made or sought by Adams.

4.

The requested amendment would do nothing more than add an additional cause of action which the Government's primary witness has testified to be the proper method for payment under the contract and under the facts of the case, in his opinion. Thus, the Government will not be prejudiced in any way by the proposed amendment.

5.

In the Court's original Scheduling Order in this case, the parties were allowed to file amended pleadings within seven (7) days following the expiration of discovery. The discovery deadline has been extended several times since the original Scheduling Order was entered, due to impacts on both the Agency and Adams as a result of Hurricane Katrina. However, the Orders

extending the discovery deadlines were silent as to extending the deadline for filing amended pleadings.

6.

Since the discovery deadline in this case finally expired on December 29, 2006, the spirit of the original Scheduling Order would allow the parties an additional seven (7) days to file amended pleadings. This Motion for Leave to File an Amended Complaint is being made within the seven (7) day period following the expiration of discovery.

WHEREFORE, Adams respectfully requests this Court to enter an Order granting Adams leave to file the Amended Complaint attached hereto as Exhibit "B", as this Amended Complaint alleges no new facts, does nothing more than add an additional cause of action for entitlement under the Changes Cause to the contract, and will not prejudice the Government.

Respectfully submitted,

RONALD ADAMS CONTRACTOR, INC.

/s/ Phil B. Abernethy
PHIL B. ABERNETHY
Post Office Box 22567
Jackson, Mississippi 39225-2567
(601) 985-4536

ITS ATTORNEY

OF COUNSEL:

Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
AmSouth Plaza, 17th Floor
210 East Capitol Street
Jackson, MS 39201
(601) 948-5711

## CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the above and foregoing Plaintiff's Motion for Leave to File Amended Complaint upon J. Reid Prouty, Attorney for Defendant, by having same mailed via U. S. mail to his usual address at Commercial Litigation Branch, Civil Division, Department of Justice, Attn: Classification Unit, 8th Floor, 1100 L. Street, N.W., Washington, D. C. 20530.

THIS, the 5th day of January, 2007.

/s/ Phil B. Abernethy
PHIL B. ABERNETHY

Jackson 1807981v.1