IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RONALD ADAMS CONTRACTOR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2771C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's September 13, 2006 order, the parties file this joint status report.

The parties have concluded discovery in this case and have recently begun settlement discussions. We respectfully propose that the parties file a further joint status report on January 26, 2007 unless events merit an earlier filing of the joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Phil B. Abernethy
PHIL B. ABERNETHY
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
Post Office Box 22567
Jackson, MS 39225-2567
(901) 949-4536

Attorney for Plaintiff

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586

Attorneys for Defendant

January 10, 2007