# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**RONALD ADAMS CONTRACTOR, INC.,** *

**Plaintiff,** *

**v.** *

**UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * *

**No. 03-2771C**
**Filed: February 9, 2007**

**O R D E R**

The court is in receipt of the parties' January 26, 2007 joint status report, requesting that the above-captioned case be stayed pending settlement negotiations. The court encourages settlement activity by the parties, but declines to stay the case at this time. The parties shall continue their settlement efforts, and file a joint status report reporting their settlement progress on or before **Friday, March 9, 2007**, unless a joint stipulation of dismissal is sooner filed. The court also **SCHEDULES** a status conference for **Thursday, March 15, 2007, at 11:00 a.m. EST**. The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 305-7586, and plaintiff's counsel will be reached at (901) 949-4536. The parties will be prepared to discuss their settlement progress at the status conference. The status conference can only be cancelled by the court, and will only be cancelled by the filing of a joint stipulation of dismissal.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**