# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**RONALD ADAMS CONTRACTOR, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

**No. 03-2771C**
**Filed: February 22, 2007**

## O R D E R

The court is in receipt of the parties' February 21, 2007 stipulation for entry of judgment. The parties are to be commended for their hard work and cooperation, which has led to the successful resolution of the claims in the above-captioned case. Pursuant to the terms of the parties' stipulation for entry of judgment, which are incorporated into this Order, including the payment by the United States of $1,050,000.00, inclusive of interest, to Ronald Adams Contractor, Inc., and to Rule 41(a) of the Rules of the United States Court of Federal Claims, the claims in the above-captioned case are, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs, expenses and attorney's fees. The clerk's office shall enter **JUDGMENT** consistent with this order. As a result of the successful closure of this case, the joint status report which was to be filed by March 9, 2007, and the status conference which was scheduled for March 15, 2007, are both cancelled.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**