# In the United States Court of Federal Claims

**No. 03-2771 C**

**RONALD ADAMS CONTRACTOR, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed February 21, 2007, and the court's February 22, 2007 Order directing the clerk to enter judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $1,050,000.00, inclusive of interest, with each party to bear its own costs, attorney fees and expenses.

Brian Bishop
Clerk of Court

**February 23, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.