United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 24, 2007

Phillip B. Abernethy, Esq.
Butler, Snow et al.
AmSouth Place, 17th Floor
210 E. Capitol Street
P.O. Box 22567
Jackson, MS 39225-2567

In re: Ronald Adams Contractor, Inc. v. United States, No. 03-2771 C

Dear Mr. Abernethy:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated February 26, 2007, in favor of plaintiff in the cases listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes
Chief Deputy Clerk Operations

Enclosures

cc: Jonathan Reid Prouty, Esq., Dept. Of Justice